MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
         brett.coombs@akerman.com

*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SPRINGPOINTE CONDOMINIUMS HOMEOWNERS' ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC; GLEN LARSON, an individual; BRANDON STAVROS, an individual,<br><br>　　　　　　　　　Defendants. | Case No.: 2:17-cv-00025-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE ITS RESPONSE TO SPRINGPOINTE CONDOMINIUMS HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 10]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and 7-1, plaintiff Federal National Mortgage Association ("Fannie Mae") and defendant Springpointe Condominiums Homeowners' Association ("Springpointe") agree and stipulate to extend the deadline for Fannie Mae to respond to Springpointe's Motion to Dismiss [ECF No. 10, filed January 25, 2017] from February 8, 2017, to **February 22, 2017**.  An extension is necessary to allow plaintiffs to sufficiently respond to the motion to dismiss.

This is the first request related to Fannie Mae's response and the 14-day extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

. . .

. . .

. . .

{40721622;1}

DATED this 7th day of February, 2017.

| AKERMAN LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| By: /s/ *Brett M. Coombs* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> BRETT M. COOMBS, ESQ. <br> Nevada Bar No. 12570 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 | By: /s/ *Eric N. Tran* <br> KALEB D. ANDERSON, ESQ. <br> Nevada Bar No. 7582 <br> ERIC N. TRAN, ESQ. <br> Nevada Bar No. 11876 <br> 8945 W. Russell Road, Suite 330 <br> Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Federal National Mortgage Association* | *Attorneys for Springpointe Condominiums Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

2/9/17.
DATED

{40721622;1}