# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>SPRINGPOINTE CONDOMINIUM HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:17-cv-00025-RFB-NJK<br><br>ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 23, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: March 17, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge