MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com

*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>SPRINGPOINTE CONDOMINIUMS HOMEOWNERS' ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC; GLEN LARSON, an individual; BRANDON STAVROS, an individual,<br><br>Defendants. | Case No. 2:17-cv-00025-RFB-NJK<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiff Federal National Mortgage Association (**Fannie Mae**), defendant Brandon Stavros (**Stavros**), and Springpoint Condominiums Homeowners' Association (**Springpointe**), through their counsel of record, stipulate as follows:

1. This matter relates to real property located 3791 Shirebrook Drive, #112, Las Vegas, Nevada, 89115, APN 140-18-211-132 (the **Property**). The Property is more specifically described as:

    PARCEL I:

    UNIT ONE HUNDRED TWELVE (112) IN BUILDING THIRTEEN-C (13-C) OF SPRINGPOINTE CONDOMINIUM PHASE I, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 28, OF PLATS, PAGE 81, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

1

APN 140-18-211-132

PARCEL II:

AN UNDIVIDED INTEREST IN AND TO THE COMMON AREA AS DEFINED IN THAT CERTAIN INSTRUMENT ENTITLED "RESTATED DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS FOR SPRINGPOINTE" RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, IN BOOK 1540 OF OFFICIAL RECORDS, AS DOCUMENT NO. 1499664, AND AS DEFINED IN ANY DECLARATION OF ANNEXATION AUTHORIZED BY SECTION 13.14 AND SECTION 13.15 THEREOF.

2. Fannie Mae is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on May 9, 2005, as Document Number 20050509-0000449, in the Official Records of Clark County, Nevada (the **Deed of Trust**).

3. On June 20, 2014, Springpointe recorded a Trustee's Deed Upon Sale as Document Number 20140620-0000832 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Springpointe purchased the Property at its foreclosure sale of the Property conducted on June 17, 2014 (the **HOA Sale**).

4. Springpointe transferred its interest in the Property to Glen Larson by Grant, Bargain, and Sale Deed recorded in the Clark County recorder's office on March 31, 2016 as 20160331-0001841.

5. Larson transferred his interest in the Property to Stavros by Quitclaim Deed recorded in the Clark County recorder's office on August 25, 2016 as 20160825-0003362.

6. Stavros has not transferred his interest in the Property and is still the title holder of record.

7. On January 4, 2017, Fannie Mae initiated a quiet title action against Stavros in the United States District Court, District of Nevada, Case No. 2:17-cv-00025 (the **Quiet Title Action**).

8. Fannie Mae and Stavros have entered a confidential settlement agreement in which they have settled all claims between them in this case. This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

9. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and Stavros's interest in the Property is subject to the Deed of Trust.

2

APN 140-18-211-132

10. The claims asserted by Fannie Mae against Springpointe, Glen Larson, and ATC Assessment Collection Group, LLC ("ATC") are now moot. Fannie Mae dismisses all claims against Springpointe and ATC with prejudice.

11. Each party shall bear their own attorney's fees and costs associated with this case.

/ /

Dated: April __, 2018.

AKERMAN LLP

/s/ _____
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
melanie.morgan@akerman.com
*Attorneys for Plaintiff Federal National Mortgage Association*

Dated: ~~May~~ June 8, 2018.

STAVROS.

/s/ _____
Stavros, Pro Se

Dated: ~~May~~ June 8, 2018.

GLEN LARSON

/s/ _____
Glen Larson, Pro Se

Dated: May __, 2018.

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

/s/ _____
Eric N. Tran Esq.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
*Attorneys for Springpointe Condominiums Homeowners' Association*

3

APN 140-18-211-132
44842348;1

10. The claims asserted by Fannie Mae against Springpointe, Glen Larson, and ATC Assessment Collection Group, LLC ("ATC") are now moot. Fannie Mae dismisses all claims against Springpointe and ATC with prejudice.

11. Each party shall bear their own attorney's fees and costs associated with this case.

//

Dated: April __, 2018.

AKERMAN LLP

/s/ _____
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
melanie.morgan@akerman.com
*Attorneys for Plaintiff Federal National Mortgage Association*

Dated: May __, 2018.

STAVROS.

/s/ _____
Stavros, Pro Se

Dated: May __, 2018.

GLEN LARSON

/s/ _____
Glen Larson, Pro Se

Dated: May July 16, 2018.

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

/s/ _____ 7582
Eric N. Tran Esq.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
*Attorneys for Springpointe Condominiums Homeowners' Association*

3

APN 140-18-211-132
44842348;1

10. The claims asserted by Fannie Mae against Springpointe, Glen Larson, and ATC Assessment Collection Group, LLC ("ATC") are now moot. Fannie Mae dismisses all claims against Springpointe and ATC with prejudice.

11. Each party shall bear their own attorney's fees and costs associated with this case.

/ /

Dated: ~~June 2,~~ July __, 2018.

AKERMAN LLP

/s/
_____
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
melanie.morgan@akerman.com
*Attorneys for Plaintiff Federal National Mortgage Association*

Dated: June __, 2018.

STAVROS.

/s/
_____
Stavros, Pro Se

Dated: June __, 2018.

GLEN LARSON

/s/
_____
Glen Larson, Pro Se

Dated: June __, 2018.

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

/s/
_____
Eric N. Tran Esq.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
*Attorneys for Springpointe Condominiums Homeowners' Association*

3

APN 140-18-211-132

## ORDER

Based on the above stipulation between Federal National Mortgage Association (**Fannie Mae**) and defendant Brandon Stavros, the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located 3791 Shirebrook Drive, #112, Las Vegas, Nevada, 89115, APN 140-18-211-132 (the **Property**) on May 9, 2005, as Document Number 20050509-0000449, was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by Springpointe Condominiums Homeowners Association on June 17, 2014 or the recording of the Trustee's Deed Upon Sale in the Official Records of Clark County, Nevada, on June 20, 2014, as Document Number 20140620-0000832, reflecting that Springpointe purchased the Property at the foreclosure sale. The Property was subsequently transferred to Stavros, and Stavros's ownership interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that Plaintiff shall be entitled to record this STIPULATION AND ORDER CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED this __1st__ day of __November__, 2018.

RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

AKERMAN LLP

Melanie D. Morgan, Esq.
Nevada Bar No. 8215
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
melanie.morgan@akerman.com
*Attorneys for Plaintiff Federal National Mortgage Association*

4

APN 140-18-211-132

5

APN 140-18-211-132